Peter M. Hart, (State Bar No 107920)
LECLAIRRYAN, LLP
44 MONTGOMERY STREET, 18TH FLOOR
SAN FRANCISCO, CALIFORNIA  94104-4705
TELEPHONE:  (415) 391-7111
TELEFAX:  (415) 391-8766

Attorneys for Plaintiff
PRIME 3 GROUP, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| PRIME 3 GROUP, LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOLFOCUS, INC.<br><br>　　　　Defendant. | Case No.:3-11-03072 EMC<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

**IT IS HEREBY STIPULATED,** by and between the parties to this action, as follows:

　　　　1.　　The Second Claim for Relief alleging violation of the Virginia Uniform Trade Secrets Act is **DISMISSED WITHOUT PREJUDICE.**

　　　　2.　　The First Claim for Relief alleging fraud in the inducement, the Fourth Claim for Relief alleging conversion, and The Ninth Claim for Relief alleging unfair business practices in violation of Cal. Bus. & Prof. C. § 17200 *et seq.* are **DISMISSED WITHOUT PREJUDICE,** provided however that this dismissal is without prejudice as to plaintiff's ability to seek leave of Court to amend the Complaint to reintroduce any or all of these counts upon a sufficient showing that discovery in this action has established a nucleus of facts, separate and

distinct from those alleged in support of plaintiff's claim of misappropriation of trade secrets in violation of the California Uniform Trade Secrets Act, to support such previously-dismissed cause of action.

DATED:  September 16, 2011                    LeClairRyan, LLP

By: ___/s/_____
PETER M. HART
Counsel for Plaintiff
PRIME 3 GROUP, LLC

DATED:  September 16, 2011                    Heffernan Seubert & French LLP

By: __/s/_____
WILLIAM J. FRIMEL
Counsel for Defendant
SOLFOCUS, INC.

IT IS HEREBY ORDERED:    Motion #14 set for 9/30/11 at 1:30 p.m. is hereby vacated.

DATED:  ___9/19_____, 2011

_____
Hon. Edward M. Chen
United States District Court

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

2
STIPULATION OF DISMISSAL AND ORDER THEREON
U.S.D.C Case No. Civ. 3-11-03072 EMC