1  Peter M. Hart, (State Bar No 107920)
   LECLAIRRYAN, LLP
2  44 MONTGOMERY STREET, 18TH FLOOR
   SAN FRANCISCO, CALIFORNIA  94104-4705
3  TELEPHONE:  (415) 391-7111
   TELEFAX:  (415) 391-8766
4

5  Attorneys for Plaintiff
   PRIME 3 GROUP, LLC
6

7

8
              IN THE UNITED STATES DISTRICT COURT
9
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO
11

12 PRIME 3 GROUP, LLC                  Case No.:3-11-03072 EMC

13           Plaintiff,                **STIPULATION OF DISMISSAL AND**
                                       **ORDER THEREON**
14     v.

15 SOLFOCUS, INC.

16           Defendant.

17     **IT IS HEREBY STIPULATED,** by and between the parties to this action, that

18 this action be **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

19 DATED:  December 14, 2011            LECLAIRRYAN, LLP
20

21                                     BY: _____/s/_____
22                                        PETER M. HART
                                          Counsel for Plaintiff
23                                        PRIME 3 GROUP, LLC

24 DATED:  December 14, 2011            Heffernan Seubert & French LLP
25

26                                     BY: _____/s/_____
                                          WILLIAM J. FRIMEL
27                                        Counsel for Defendant
                                          SOLFOCUS, INC.
28

                                1
─────────────────────────────────────────────
       STIPULATION OF DISMISSAL AND ORDER THEREON
            U.S.D.C Case No. Civ. 3-11-03072 EMC

## CERTIFICATE OF SIGNATURE

    I, Peter M. Hart, attest that the content of this document is acceptable to all parties, and that all counsel have authorized me to sign the document on their behalf.

By:                           /s/
                             PETER M. HART

IT IS HEREBY ORDERED:

DATED: December 16, 2011

**IT IS SO ORDERED**

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA