Peter M. Hart, (State Bar No 107920)
LECLAIRRYAN, LLP
44 MONTGOMERY STREET, 18TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104-4705
TELEPHONE: (415) 391-7111
TELEFAX: (415) 391-8766

Attorneys for Plaintiff
PRIME 3 GROUP, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| PRIME 3 GROUP, LLC<br><br>    Plaintiff,<br><br>v.<br><br>SOLFOCUS, INC.<br><br>    Defendant. | Case No.:3-11-03072 EMC<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

**IT IS HEREBY STIPULATED,** by and between the parties to this action, that this action be **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

DATED: December 14, 2011            LECLAIRRYAN, LLP


                                    BY: _____/s/_____
                                        PETER M. HART
                                        Counsel for Plaintiff
                                        PRIME 3 GROUP, LLC

DATED: December 14, 2011            Heffernan Seubert & French LLP


                                    BY: _____/s/_____
                                        WILLIAM J. FRIMEL
                                        Counsel for Defendant
                                        SOLFOCUS, INC.

1

STIPULATION OF DISMISSAL AND ORDER THEREON
U.S.D.C Case No. Civ. 3-11-03072 EMC

## CERTIFICATE OF SIGNATURE

    I, Peter M. Hart, attest that the content of this document is acceptable to all parties, and that all counsel have authorized me to sign the document on their behalf.

By:                                      /s/
                                      PETER M. HART

IT IS HEREBY ORDERED:

DATED: December 16, 2011



IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL AND ORDER THEREON
U.S.D.C Case No. Civ. 3-11-03072 EMC